# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151062(52)

In re BEELER/HALL, Minors.

SC: 151062
COA: 321648
Genesee CC Family Division:
12-128963-NA

_____/

By order of June 5, 2015, the Department of Health and Human Services was directed to respond to the motion for reconsideration of this Court's March 20, 2015 order. On order of the Court, the response having been received, the motion for reconsideration is again considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2015



Clerk

d0901